# Third District Court of Appeal
## State of Florida

Opinion filed January 10, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-268
Lower Tribunal No. 21-4985
_____


**Sarah Lazow**,
Appellant,

vs.

**Setai Hotel Acquisition, LLC**,
Appellee.


An appeal from the Circuit Court for Miami-Dade County, Reemberto Diaz, Judge.

Alexander Appellate Law, and Michael Ellis, and Samuel Alexander (DeLand), for appellant.

Levine & Partners, P.A., and Allan S. Reiss, for appellee.


Before HENDON, MILLER, and LOBREE, JJ.

PER CURIAM.

Affirmed.